IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**FREDERICK LARRY REBENSDORF**,

        Plaintiff,

   v.

**NANCY A. BERRYHILL**,
Acting Commissioner of Social Security,

        Defendant.

Case No. 3:16-cv-01619-SB

OPINION & ORDER

**MOSMAN, J.**,

On February 12, 2018, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation (F&R) [35], recommending that the Commissioner's decision be AFFIRMED. Plaintiff Frederick Rebensdorf filed objections [37]. The Commissioner filed a response [38].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Beckerman's recommendation and I ADOPT the F&R [35] as my own opinion. The Commissioner's decision is AFFIRMED and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 30th day of March, 2018.

/s/Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge